UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| IN RE: VIRGIL C. MCGAVIC, II, | ) | CASE NO. 18-80684-JJG-7 |
| And ANGEL D. MCGAVIC, | ) | |
| Debtors | ) | |

### CERTIFICATE OF SERVICE AND NOTICE OF §523 BAR DATE ON ADDED CREDITORS

As required by S.D.Ind. B-1009-1(b), the undersigned hereby certifies that the following documents have been served upon the creditor added to this case, UMR, and listed below by first class mail, electronic submission or postage prepaid:

(1)   Copy of amended schedule; and
(2)   Notice of meeting of creditors.

In addition, by sending a copy of this certificate, the undersigned has provided notice that - as to creditors added after the first date set for the meeting of creditors - the deadline for filing a complaint to determine dischargeability is May 1, 2014 [60 days after the date the amendment was filed].

Respectfully submitted,


/s/ Jonathan T. Feavel, Attorney
Counsel for Debtor(s)


Added:

UMR, 11000 Optum Circle, Eden Prairie, MN 55344